**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MORRIS L. MITCHELL, | ) | NO. CV 20-1323-FMO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FELIPE MARTINEZ, JR., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 6, 2020.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE